IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| MICHAEL P. DUNSMORE,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA, et al.,<br><br>Defendants. | Cause No. CV 10-00004-H-DWM-RKS<br><br>ORDER DENYING MOTIONS FOR RULING AND MOTION TO AMEND |

Pending are Plaintiff Michael Dunsmore's two motions:  (1) a "Motion to Add 'heirs and assigns' and ruling on recusal and re-filing original complaint" (Court Doc. 23), and (2) a "Motion for ruling." (Court Doc. 25).

ORDER DENYING MOTIONS FOR RULING AND MOTION TO AMEND
CV-10-00004-H-DWM-RKS / PAGE 1

Both motions for rulings seek a ruling on Mr. Dunsmore's May 4, 2010 objections to the Court's April 15, 2010 Findings and Recommendations.  Judge Molloy has now issued an Order adopting those recommendations in full.  Mr. Dunsmore's motions will be denied as moot.

Mr. Dunsmore's Motion to Add "heirs and assigns" will also be denied.  Mr. Dunsmore is not a licensed attorney, and therefore may not maintain a court action of any kind on behalf of another person. C.E. Pope Equity Trust v. United States, 818 F.2d 696 (9th Cir. 1987); McShane v. United States, 366 F.2d 286, 288 (9th Cir. 1966)(lay person lacks authority to appear as an attorney for others).

Accordingly, the Court issues the following:

## ORDER

1.  Mr. Dunsmore's Motions for Ruling (Court Docs. 23 and 25) are DENIED AS MOOT.

2.  Mr. Dunsmore's Motion to Add "heirs and assigns" (Court Doc. 23) is DENIED.

3.  At all times during the pendency of this action, Mr. Dunsmore

SHALL IMMEDIATELY ADVISE the Court and opposing counsel of

any change of address and its effective date.  Failure to file a NOTICE

OF CHANGE OF ADDRESS may result in the dismissal of the action

for failure to prosecute pursuant to Fed.R.Civ.P. 41(b).

DATED this 9th day of June, 2010.


/s/ Keith Strong
Keith Strong
United States Magistrate Judge